# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAYTON COTE, | No. 4:18-CV-01440 |
| Plaintiff, | (Judge Brann) |
| v. | |
| U.S. SILICA, NORFOLK SOUTHERN CORPORATION, SCHNELL INDUSTRIES and FB INDUSTRIES, | |
| Defendants. | |

## ORDER

### JUNE 12, 2019

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Schnell's Motion to Dismiss at ECF No. 58 is **DENIED**.

2. Schnell's Motion to Dismiss at ECF No. 64 is **DENIED AS MOOT**.

3. Schnell's Motion to Dismiss at ECF No. 71 is **DENIED AS MOOT**.

4. Schnell's Motion to Dismiss at ECF No. 74 is **DENIED AS MOOT**.

5. Schnell's Motion to Dismiss at ECF No. 83 is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. Norfolk Southern's indemnification crossclaim against Schnell, ECF No. 76, is **DISMISSED**.

    b.     The motion is otherwise **DENIED**.

6.     Schnell's Motion to Dismiss at ECF No. 86 is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a.     U.S. Silica's indemnification crossclaim against Schnell, ECF No. 82, is **DISMISSED**.

    b.     The motion is otherwise **DENIED**.

7.     No later than June 21, 2019, Schnell **SHALL ANSWER**:

    a.     Mr. Cote's Amended Complaint, ECF No. 52.

    b.     The remaining claims crossclaims against it brought by Norfolk Southern and U.S. Silica, ECF Nos. 76 and 82.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge