# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAYTON COTE, | No. 4:18-CV-01440 |
| Plaintiff, | (Judge Brann) |
| v. | |
| U.S. SILICA COMPANY, NORFOLK SOUTHERN CORPORATION, SCHNELL INDUSTRIES and FB INDUSTRIES, | |
| Defendants. | |

## ORDER

**AND NOW**, this 14th day of July 2020, following a telephone status conference held on July 13, 2020, **IT IS HEREBY ORDERED** that case management deadlines are extended as follows:

1. Discovery deadline: September 4, 2020
2. Plaintiff's Expert Reports: November 6, 2020
3. Defendants' Expert Reports: January 8, 2021
4. Supplemental/rebuttal expert reports: January 22, 2021
5. Dispositive motions deadline: February 26, 2021

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge