

# VILLARI, LENTZ & LYNAM, LLC

*TRIAL LAYWERS*

| | |
|---|---|
| LEONARD G. VILLARI* | STEPHEN W. BRENNAN |
| BRYAN R. LENTZ* | JOSHUA G. VILLARI |
| THOMAS A. LYNAM, III *T | LAURA M. SIEGLE* |

*ALSO ADMITTED TO NJ BAR  
T ALSO ADMITTED TO DISTRICT OF COLUMBIA BAR

ALSO ADMITTED TO NJ BAR

July 17, 2020

*Via Electronic Filing*
The Honorable Matthew W. Brann
United States District Court for the
Middle District of Pennsylvania
235 North Washington Avenue
Scranton, PA 18503

   ***Re:* *Cote v. U.S. Silica Company, et al.***
     ***USDC for the Middle District of PA; Docket No.: 18-cv-01440***

Dear Judge Brann:

  This office represents Plaintiffs in the above-referenced matter. I write to respectfully request a telephonic conference to discuss issues related to non-compliance of a Subpoena served upon Northeast Freight Transfer. I have cc'd Northeast Freight Transfer's counsel, Kelly J. Lenahan, Esquire on this correspondence, via email, so that Ms. Lenahan is aware of my request.

  Thank you for Your Honor's kind consideration of this request.

           Respectfully submitted,

           *Thomas A. Lynam*
           THOMAS A. LYNAM, III

TAL/mi
Cc: All Counsel of Record (*via electronic filing*)
   Kelly J. Lenahan, Esquire (*via email to KLenahan@mbklaw.com*)