IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAYTON COTE,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. SILICA COMPANY, NORFOLK SOUTHERN CORPORATION, SCHNELL INDUSTRIES, and FB INDUSTRIES,<br><br>    Defendants. | No. 4:18-CV-01440<br><br>(Chief Judge Brann) |

## ORDER

**NOVEMBER 16, 2021**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Schnell Industries' Motion for Summary Judgment (Doc. 150) is **DENIED**.

2. Defendant FB Industries' Motion for Summary Judgment (Doc. 144) is **DENIED**.

3. Defendant U.S. Silica Company's Motion for Summary Judgment (Doc. 146) is **DENIED**.

4. Defendant Norfolk Southern Corporation's Motion for Summary Judgment (Doc. 143) is **DENIED**.

5. The Court will schedule a telephonic conference call by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge