**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DAYTON COTE, | No. 4:18-CV-01440 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| SCHNELL INDUSTRIES, | |
| Defendant. | |

### ORDER

**NOVEMBER 8, 2022**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.  Plaintiff Dayton Cote's first, second, third, fourth, and fifth motions *in limine* (Doc. 236; Doc. 238; Doc. 240; Doc. 242; Doc. 244) are **GRANTED**;

2.  Cote's sixth motion *in limine* (Doc. 246) is **DENIED**;

3.  Defendant Schnell Industries' first, second, third, fourth, sixth, seventh, and eighth motions *in limine* (Doc. 248; Doc. 250; Doc. 252; Doc. 254; Doc. 258; Doc. 260; Doc. 262) are **DENIED**; and

4.  Schnell's fifth motion *in limine* (Doc. 256) is **GRANTED IN PART**, **DENIED IN PART**—consistent with this Court's ruling on Schnell's *Daubert* motion (Doc. 266; Doc. 267), Cote may offer evidence and

argument about the design and of TLX36 transloader's electrical circuit and the location of the transloader's "power takeoff" controls, but he cannot present evidence or argument about the location of the dust collector or stairs.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge